# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DASHOD REED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>D. COOK, et al.,<br><br>　　　　　　Defendants. | Case No. 3:19-CV-0524-JAD-CLB<br><br>**ORDER** |

　　　Plaintiff Dashod Reed ("Reed") filed a letter requesting a court order. (ECF No. 18). A document requesting a court order must be styled as a motion, not a letter. *See* Fed. R. Civ. P. 7(b)(1). Letters to a judge or opposing counsel will be disregarded. The Clerk shall **STRIKE** Reed's letter docketed as ECF No. 18.

　　　IT IS SO ORDERED.

**DATED**: July 14, 2021 .

_____
**UNITED STATES MAGISTRATE JUDGE**