1  AARON D. FORD
    Attorney General
2  DAVID A. BAILEY, Bar No. 13661
    Deputy Attorney General
3  State of Nevada
    100 N. Carson Street
4  Carson City, Nevada 89701-4717
    Tel: (775) 684-1163
5  E-mail: dabailey@ag.nv.gov

6  *Attorneys for Defendants*
    *Harry Churchward and Donny Cook*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DASHOD REED, | Case No. 3:19-cv-00524-CLB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| D. COOK, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Dashod Reed, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and David A. Bailey, Deputy Attorney General, that based on the settlement agreement between the parties, the above-captioned action should be dismissed with prejudice by order of the Court, with each party to bear its own costs.

///
///
///
///
///
///
///
///

*Reed v. Cook et al.*, Case No. 3:19-cv-00524-CLB
Stipulation and Order to Dismiss with Prejudice Page 1 of 3

1  DATED this 6th day of Dec, 2021.   DATED this 10th day of December, 2021.

2                                      AARON D. FORD
                                       Attorney General
3

4  By: /s/ Dashod Reed                 By: /s/ David A. Bailey
       DASHOD REED                         David A. Bailey, Bar No. 13661
5      Plaintiff, *Pro Se*                 Deputy Attorney General
                                           *Attorneys for Defendants*

**IT IS SO ORDERED**

_____
United States Magistrate Judge

**DATED:** December 16, 2021